# EXHIBIT B

# Expert Report of Claire K. Sand, Ph.D.

*Escobar, et al. v. Just Born, Inc., et al.*;

**Case No. 2:17-cv-01826-TJH-PJW**

## TABLE OF CONTENTS

| | | |
|---|---|---|
| I. | **OPINIONS OF CLAIRE KOELSCH SAND PH.D.** | 5 |
| II. | **CREDENTIALS** | 6 |
| III. | **MATERIALS CONSIDERED** | 9 |
| IV. | **BACKGROUND ON PACKAGING TERMS AND PROCESSES** | 10 |
| V. | **OPINIONS OF CLAIRE KOELSCH SAND PH.D.** | 14 |
| | V.A. Respective contents within cartons of Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More cannot be fully viewed | 15 |
| | V.B. Slack-fill exists within Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More cartons | 17 |
| | V.B.1. Method for Assessing Presence of Slack-fill | 20 |
| | V.B.2. Analysis of data to assess the amount of slack-fill | 24 |
| | V.B.3. Slack-fill Results for Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More Just Born candy | 29 |
| | V.C. Slack-fill is primarily nonfunctional slack-fill | 30 |
| | V.C.1. Slack-fill is nonfunctional in the context of criteria 1 because the slack-fill does not protect the Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales-10% More | 31 |
| | V.C.2. Slack-fill is nonfunctional in the context of criteria 2 because the slack-fill is not needed in the machinery requirements to enclose the Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales-10% More | 35 |
| | V.C.3. Slack-fill is nonfunctional in the context of criteria 3 because the slack-fill does not result from Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More settling during shipping and handling | 37 |
| | V.C.4. A low degree of Functional slack-fill exists in the context of criteria 4 because slack-fill within the carton is needed to perform a specific dispensing function for Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More | 40 |
| | V.C.5. Slack-fill is nonfunctional in the context of criteria 5 because the Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More package is not suitable for reuse, as a durable commemorative or as a promotional package | 44 |
| | V.C.6. Slack-fill is nonfunctional in the context of criteria 6 because the J Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More slack-fill does not have to occur to enable food labeling, pilfering, handling, or tamper resistance | 45 |
| VI. | **CONCLUSION** | 49 |

# INDEX OF TABLES

| | |
|---|---|
| Table 1: Comparison between CFR 21 Section 100.100 and California Business & Professional Code Section 12606.2 | 13 |
| Table 2: Reference information for Mike&Ike | 21 |
| Table 3: Reference information for Mike&Ike 10% More | 21 |
| Table 4: Reference information for HotTamales | 21 |
| Table 5: Reference information for HotTamales 10% More | 22 |
| Table 6: Dimensions and Volume of Just Born Candy cartons | 26 |
| Table 7: Volume and Weight of Mike&Ikes with carton | 27 |
| Table 8: Volume and Weight of Mike&Ikes 10% More with carton | 27 |
| Table 9: Volume and Weight of HotTamales with carton | 28 |
| Table 10: Volume and Weight of HotTamales 10% More with carton | 28 |
| Table 11: Slack-fill for Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales-10% More | 29 |
| Table 12: Summary of slack-fill and nonfunctional slack-fill | 31 |
| Table 13: Ingredient statements of Just Born Candy | 32 |
| Table 14: Candy Density | 37 |
| Table 15: Difference between the effective and actual volume | 38 |
| Table 16: Potential slack-fill volume to accommodate dispensing through "open here" tab | 41 |
| Table 17: Functional and non-functional slack-fill | 41 |
| Table 18: Effective functional and non-functional slack-fill | 42 |
| Table 19: Actual functional and non-functional slack-fill estimated | 42 |

| | |
|---|---|
| Table 20: "Open here" functional and non-functional slack-fill | 42 |
| Table 21: Principal display panel area | 45 |

3

# INDEX OF FIGURES

| | |
|---|---|
| Figure A: Generic Schematic of the folding carton for Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More candy | 11 |
| Figure B: CFR 21 Section 100.100 | 12 |
| Figure C: Mike&Ike carton held directly on a 40watt fluorescent light | 16 |
| Figure D: "open here" tabs on Mike&Ike and HotTamales | 17 |
| Figure E: View into candy through "open here" tab | 18 |
| Figure F: Different Geometries of Just Born Candy | 19 |
| Figure G: Opening of package from Clarkson Law firm | 20 |
| Figure H: Measurement of height of candy with carton | 22 |
| Figure I: Weight of candy after poured from carton | 23 |
| Figure J: Final volume in cylinder after candy was added | 23 |
| Figure K: Measurement of interior height, width, and depth | 24 |
| Figure L: Summary of slack-fill and nonfunctional slack-fill | 30 |
| Figure M: Principal display panel within CFR21 | 46 |

4

## I.    <u>OPINIONS OF CLAIRE KOELSCH SAND PH.D.</u>

I, Dr. Claire Koelsch Sand, submit this Expert Report on behalf of Plaintiff Escobar in the above captioned matter. I have been retained by the Clarkson Law Firm, as an expert in food product and packaging expert with expertise in: research, development, and design, and the functions of food packaging. I have been asked to analyze evidence relating to cartons containing Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More Just Born candy and consider what if any slack-fill was present and if it was present to consider if it was non-functional slack-fill as outlined in CFR21 100.100 and California Code 12606.2. It is my opinion that:

1. Just Born cartons containing Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More do not allow the consumer to fully view their respective contents.  This is explained in Section V.A.

2. Just Born cartons containing Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More have slack-fill.  This is explained in Section V.B.

3. Just Born cartons containing Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More exhibit a high degree of non-functional slack-fill as compared to the small degree of functional slack-fill. This is explained in Section V.C.

5

## II. <u>CREDENTIALS</u>

1. I am the founder and owner of Packaging Technology and Research, LLC in Stillwater, MN, an Adjunct Professor at Michigan State University and at California Polytechnic University, and a consultant on international food and packaging development projects. A copy of my curriculum vitae is attached as Exhibit A.

2. I received a B.S. in Packaging from Michigan State University in 1986, a M.S. in Packaging from Michigan State University in 1989 and a Ph.D. in Food Science and Nutrition from the University of Minnesota in 1992.

3. I have 22 years of direct industry experience with packaging suppliers and food companies in the food packaging industry. My food and beverage packaging experience include basic research, development, market research and marketing with, Gerber, Pillsbury, Kraft Foods, Total Quality Marketing, and Dominick's. I also conducted research at institutes in the United States, Germany, and Colombia. I have been and am responsible for designing and refining packaging components of new food products and revising packaging components of existing food products to meet consumer and market needs. I also have been and am responsible for projects to reduce costs, provide strategic direction to guide mergers and acquisitions, align technology, and assess strategic and other technologies for applications within the food and packaging industry.

4. I have eight years of direct academic packaging specific experience in additional to industry research and development experience. I have taught Packaging Materials courses (covering plastics, metals, glass, paper/paperboard) for 8 years as an Associate Professor. I have also developed and taught Food Packaging graduate level courses which focus on shelf life, the kinetics of sorption, migration, diffusion, permeation, and market dynamics and strategies.

5. I have theoretical and applied experience with the material science dynamics associated with package integrity, packaging materials, and extending product shelf life with packaging. My Ph.D. dissertation was on diffusion within and migration from food and through edible films to extend product shelf life. I co-developed European Union ("EU") methods for additive migration from polymers into high fat foods which includes cheese. The undergraduate packaging material courses and graduate courses that I taught cover packaging material selection, sorption, migration, diffusion, and permeation. During my 22 years of industry experience, I have worked on food shelf life projects involving material selection serving in

6

various roles such as basic research, research and development, marketing, and marketing research. I have developed various packaging for foods to extend product shelf life. I also have experience assessing expert systems that model food deterioration as a function of package material properties, and predict shelf life of products as a function of package permeation, sorption, migration, diffusion, and product characteristics. Industry experience includes: increasing product shelf life using package, reducing package cost while maintaining product shelf life, identifying the cause of product and/or package failure, and redesigning packaging to increase shelf life to specifically resolve mold and other concerns effecting product shelf life, altering packaging materials to accommodate distribution.

8. I have theoretical and applied experience with paperboard carton design and construction relating to food packaging. I took M.S. level courses in this area and have worked on projects to determine the best carton for specific products. During my 22 years of industry experience, I have directed carton design, construction, and selection in various roles from research engineer to project manager, for food packaging projects from a food packaging science and marketing perspective. For Kraft products and other food companies, I explored carton designs to best meet the needs of entities in the value chain such as suppliers, manufacturers, distributors, retailers, consumers, and the post-consumer environment. I also have experience with determining the shelf life of food products.

9. I have given over 20 presentations and published over 20 articles, books, and book chapters on food packaging topics related to packaging.

10. I am a Contributing Editor and the Packaging columnist for <u>Food Technology</u>, which provides industry updates on a range of food packaging topics. In my role as the Packaging columnist since August 2015, I have identified and researched critical food packaging topics in the context of how consumer and market needs can be met with packaging solutions.

11. I am a Reviewer for the <u>Journal of Food Science</u> (since 2014) and on the Editorial Board of <u>Packaging Technology and Science</u> (since 2004). These publications relate to new food packaging materials, research, processes, innovations, and strategies.

12. I am on the Higher Education Review Board (HERB) for the Institute of Food Technologists (IFT), the current (2016-2017) and former Chair (1993-1994) of the IFT Food Packaging Division, and a member of the Strategic Relations committee of Phi Tau Sigma (Food Science Honorary Society), a co-Chair of the *pac* Food Waste Leadership Team, and

7

International Union of Food Science and Technology (IUFoST) Chair of Global Food Packaging Curricula Development.

13. In 2017, I was elected to be a Fellow of the Institute of Food Technologists, an honor for which less than 0.3% of the professional membership is eligible, and even fewer than that achieve this status.

14. In the past four years, I have not testified as an expert at trial, but I did provide support, declarations and/or depositions for:

- ScentSational Technologies, LLC v. PepsiCo, Inc., et al.; C.A. No.: 13-cv-8645 (KMK) (LMS) (SDNY). I provided expert reports (early-2016 and early-2017), and a Deposition (mid-2016) for ScentSational Technologies.

- Alessandro Berni, et al. v. Barilla S.p.A., et al.; Case No. 1:16-cv-04196; Eastern District of New York which is in process. I provided a review of filing documents (late-2016 and early-2017) for Berni et al.

- Inline Packaging Inc v Graphic Packaging International, Inc.; IPR2015-01609.  I provided a Declaration in support of Inline's petition for inter parties review (mid-2015) and two Depositions (mid and early-2016). Patent Trial and Appeal Board (PTAB) decision invalidated all 53 claims and has concluded (early-2017).

- KH Enterprises Group, Inc v. Swiss Valley Farms Cooperative Civil File No 12-cv00086. I provided expert reports Expert reports (2017) and Deposition (2017) for Swiss Valley Farms. Case settled

15. The compensation paid for time spent working on this matter is based on my typical hourly rate of $225per hour, $400 per hour for deposition and $700 per hour court activity. This compensation is not contingent upon my performance, the substance of my opinions or testimony, the outcome of this matter, or any issue involved in or related to this matter. I have no financial interest in Just Born or any related parties.

### III.  <u>MATERIALS CONSIDERED</u>

In connection with my analysis, I have reviewed the following and information mentioned in this report:

| |
|---|
| CFR 21 100.100 |
| California Business & Professional Code Section 12606.2 |
| Candy within and cartons of Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales-10% More |

## IV.   BACKGROUND ON PACKAGING TERMS AND PROCESSES

Packaging terms used within the text are explained in this section.

**Packaging Specifications**

Packaging specifications are used as a communication tool in the entire supply chain from the source of the polymer to the final disposal. Within the packaging supply chain, packaging delivered to the final user of the package represents the composite of what was in specification prior to that point in the supply chain.

**Delaney clause**

Packaging components, such as the paperboard carton of the Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More candy, and the adhesive employed to seal the cartons are governed as indirect food additives by the FDA in CFR 21 and, are defined as such in the 1958 Delaney clause.

**Folding cartons**

A generic schematic folding carton that contains the Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More candy is shown below.

10

Figure A

Generic Schematic of the folding carton for Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More candy



The carton is constructed of solid bleached sulfate and is approximately 14point and 0.014 inches thick.

**CFR 21 100.100**

CFR 21 addresses many aspects of food packaging.  Section addressing misleading containers is relevant and is in Figure B.

11

Figure B

CFR 21 Section 100.100

```
[Code of Federal Regulations]
[Title 21, Volume 2]
[Revised as of April 1, 2017]
[CITE: 21CFR100.100]




                         TITLE 21--FOOD AND DRUGS
                  CHAPTER I--FOOD AND DRUG ADMINISTRATION
                  DEPARTMENT OF HEALTH AND HUMAN SERVICES
                  SUBCHAPTER B--FOOD FOR HUMAN CONSUMPTION

PART 100 -- GENERAL

Subpart F--Misbranding for Reasons Other Than Labeling

 Sec. 100.100 Misleading containers.


 In accordance with section 403(d) of the act, a food shall be deemed to be misbranded if its
container is so made, formed, or filled as to be misleading.

(a) A container that does not allow the consumer to fully view its contents shall be
considered to be filled as to be misleading if it contains nonfunctional slack-fill. Slack-
fill is the difference between the actual capacity of a container and the volume of product
contained therein. Nonfunctional slack-fill is the empty space in a package that is filled
to less than its capacity for reasons other than:

(1) Protection of the contents of the package;

(2) The requirements of the machines used for enclosing the contents in such package;

(3) Unavoidable product settling during shipping and handling;

(4) The need for the package to perform a specific function (e.g., where packaging plays a
role in the preparation or consumption of a food), where such function is inherent to the
nature of the food and is clearly communicated to consumers;

(5) The fact that the product consists of a food packaged in a reusable container where the
container is part of the presentation of the food and has value which is both significant in
proportion to the value of the product and independent of its function to hold the food,
e.g., a gift product consisting of a food or foods combined with a container that is
intended for further use after the food is consumed; or durable commemorative or promotional
packages; or

(6) Inability to increase level of fill or to further reduce the size of the package (e.g.,
where some minimum package size is necessary to accommodate required food labeling
(excluding any vignettes or other nonmandatory designs or label information), discourage
pilfering, facilitate handling, or accommodate tamper-resistant devices).
```

12

The California Business & Professional Code Section 12606.2 aligns with the CFR 21 Section and the comparison is shown below.

**Table 1**

**Comparison between CFR 21 Section 100.100 and**

**California Business & Professional Code Section 12606.2**

| CFR 21 | Cal Bus & Prof Code |
| --- | --- |
| 100.100(a)(1) | 12606.2(c)(1) |
| 100.100(a)(2) | 12606.2(c)(2) |
| 100.100(a)(3) | 12606.2(c)(3) |
| 100.100(a)(4) | 12606.2(c)(4) |
| 100.100(a)(5) | 12606.2(c)(5) |
| 100.100(a)(6) | 12606.2(c)(6) |

## V.  **OPINIONS**

It is my opinion that:

1. Just Born cartons containing Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More do not allow the consumer to fully view their respective contents.  This is explained in Section V.A.

2. Just Born cartons containing Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More have slack-fill.  This is explained in Section V.B.

3. Just Born cartons containing Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More exhibit a high degree of non-functional slack-fill as compared to the small degree of functional slack-fill. This is explained in Section V.C

**V.A. Respective contents within cartons of Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More cannot be fully viewed**

It is my opinion that the respective contents within cartons of Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More cannot be fully viewed. To assess if the respective contents of Mike&Ike, Mike&Ike10% More, HotTamales, HotTamales10% More candy when viewed from outside the cartons, a sample size was used. This was because it is not viable to collect and analyze the entire population of the Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More candy on the market.

To obtain samples to assess transparency of the cartons and the ability to fully view contents, samples of cartons were sent from Clarkson Law Firm to my secure PO Box. I examined the carton transparency by holding unopened cartons directly on a 40-watt florescent light bulb (Sylvania H698) and checking to see if I could see the height of the candy. While lighting does vary in retail environments where the candy is purchased this assessment was a "worse case" scenario since consumers are not likely to hold the carton directly on a fluorescent ceiling light bulb and the ability see any (versus fully view) volume of candy was assessed. Consumer vision also varies.  Contents were not able to be seen at all through the cartons of Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More. The Mike&Ikes carton image shown below serves as a demonstration that the carton contents cannot be viewed fully in a high light situation.

15

Figure C

Mike&Ike carton held directly on a 40watt fluorescent light



Not being able to view contents is typical of 14point solid bleached sulfate (SBS) cartons with heavy graphics because of the process used to coat and the type of print paperboard. Titanium dioxide, clay, or talc or similar is commonly applied to carton surfaces before printing to fill in the air holes between paper fibers and provide a smooth printing surface; but, light is also blocked. Printing follows this operation, and this adds to increased light blocking. The final coating is to protect the print, provide the desired surface (for example glossy or matte finish) and the carton from moisture gain and this coating can contain UV protection and/or be composed of polyethylene. Based on this analysis, it is my opinion that most consumers cannot fully view respective contents within cartons of Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More.

16

**V.B. Slack-fill exists within Mike&Ike, Mike&Ike10% More, HotTamales, HotTamales 10% More cartons**

It is my opinion that Slack-fill exists within Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More cartons. The definition of slack-fill is defined in CFR 100.100 and in California Code 12606.2:

"Non-functional slack-fill is the empty space in a package that is filled to less than its capacity…"

The cartons and their respective contents were considered in detail. Three methods – effective, "open here", and actual, - for assessing if slack-fill exists were employed in this assessment. These definitions are discussed:

**Effective slack-fill**: Effective slack-fill represents what consumers would see if the carton was opened from the top of the carton.

**"open here" slack-fill:** Because the top of the cartons is sealed with an adhesive, and there is an "open here" tab on the Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More, the carton volume could be considered the height at the "open here" function.  This is shown in Figure D.

Figure D. "open here" tabs on Mike&Ike and HotTamales



"open here" slack-fill represents what consumers would see if the carton was opened at the "open here" tab and consumer considered this the top of the carton for Mike&Ike and HotTamales.  The consumer would see what is shown in Figure E when looking into the "open Here" tab.

17

Figure E

View into candy through "open here" tab



**Actual slack-fill**: Actual slack-fill represents what volume of candy is in the carton.

The geometry of the candy within the rectangular carton results in voids and lost volume.

Candy geometry is shown in Figure F.

18

Figure F. Different Geometries of Just Born Candy



| Mike&Ikes | HotTamales |
| --- | --- |

Accordingly, data was collected to determine if there was slack-fill according to three methods – effective, "open here", and actual - slack-fill.

19

**V.B.1. Method for Assessing Presence of Slack-fill**

The existence and amount of Slack-fill was assessed using a sample size because it was not viable to collect and analyze the entire population of the Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More candy on the market to make these determinations. In the assessment of the existence of slack-fill, data was collected from samples of cartons sent from Clarkson Law Firm to my secure PO Box. Excel was used to record data. The process for assessing the presence and amount of slack-fill for Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More candy is described.

The process used was:

1. Obtain samples: Receive cartons of unopened Mike&Ike, Mike&Ike 10% More, HotTamales, and HotTamales 10% More within a closed corrugated box from the Clarkson Law firm

Figure G. Opening of package from Clarkson Law firm



2. Verify and record: I verified cartons were not opened prior to evaluation and recorded the UPC, expiration date and manufacturing codes.  These are shown in the following Tables.

## Table 2: Reference information for Mike&Ike

| Brand | Reference | Expiration Date | Source | Date Purchased | UPC |
|---|---|---|---|---|---|
| Mike & Ike | 705241724L7 | Sep-18 | Walgreens 310S Lake Avenue Pasadena, CA 91101 | 10/24/2017 | 70970471254 |
| Mike & Ike | 705241724L7 | Sep-18 | Walgreens 310S Lake Avenue Pasadena, CA 91101 | 10/24/2017 | 70970471254 |
| Mike & Ike | 705241724L7 | Sep-18 | Walgreens 310S Lake Avenue Pasadena, CA 91101 | 10/24/2017 | 70970471254 |
| Mike & Ike | 705241724L7 | Sep-18 | Walgreens 310S Lake Avenue Pasadena, CA 91101 | 10/24/2017 | 70970471254 |
| Mike & Ike | 705241724L7 | Sep-18 | Walgreens 310S Lake Avenue Pasadena, CA 91101 | 10/24/2017 | 70970471254 |
| Mike & Ike | 705241724L7 | Sep-18 | Walgreens 310S Lake Avenue Pasadena, CA 91101 | 10/24/2017 | 70970471254 |
| Mike & Ike | 705241724L7 | Sep-18 | Walgreens 310S Lake Avenue Pasadena, CA 91101 | 10/24/2017 | 70970471254 |
| Mike & Ike | 705241724L7 | Sep-18 | Walgreens 310S Lake Avenue Pasadena, CA 91101 | 10/24/2017 | 70970471254 |
| Mike & Ike | 705241724L7 | Sep-18 | Walgreens 310S Lake Avenue Pasadena, CA 91101 | 10/24/2017 | 70970471254 |
| Mike & Ike | 705241724L7 | Sep-18 | Walgreens 310S Lake Avenue Pasadena, CA 91101 | 10/24/2017 | 70970471254 |

## Table 3: Reference information for Mike&Ike 10% More

| Brand | Reference | Expiration Date | Source | Date Purchased | UPC |
|---|---|---|---|---|---|
| Mike&Ike 10% more | 7080723292 | Dec-18 | Dollar Tree-2291 Pickwick Dr Suite A Camarillio, CA 93010 | 10/28/2017 | 70970479410 |
| Mike&Ike 10% more | 7080723292 | Dec-18 | Dollar Tree-2291 Pickwick Dr Suite A Camarillio, CA 93010 | 10/28/2017 | 70970479410 |
| Mike&Ike 10% more | 7080723292 | Dec-18 | Dollar Tree-2291 Pickwick Dr Suite A Camarillio, CA 93010 | 10/28/2017 | 70970479410 |
| Mike&Ike 10% more | 7080723292 | Dec-18 | Dollar Tree-2291 Pickwick Dr Suite A Camarillio, CA 93010 | 11/4/2017 | 70970479410 |
| Mike&Ike 10% more | 7080723292 | Dec-18 | Dollar Tree-2291 Pickwick Dr Suite A Camarillio, CA 93010 | 11/4/2017 | 70970479410 |
| Mike&Ike 10% more | 7080723292 | Dec-18 | Dollar Tree-2291 Pickwick Dr Suite A Camarillio, CA 93010 | 11/4/2017 | 70970479410 |
| Mike&Ike 10% more | 7080723292 | Dec-18 | Dollar Tree-2291 Pickwick Dr Suite A Camarillio, CA 93010 | 11/4/2017 | 70970479410 |
| Mike&Ike 10% more | 7080723292 | Dec-18 | Dollar Tree-2291 Pickwick Dr Suite A Camarillio, CA 93010 | 11/4/2017 | 70970479410 |
| Mike&Ike 10% more | 7080723292 | Dec-18 | Dollar Tree-2291 Pickwick Dr Suite A Camarillio, CA 93010 | 11/4/2017 | 70970479410 |
| Mike&Ike 10% more | 7080723292 | Dec-18 | Dollar Tree-2291 Pickwick Dr Suite A Camarillio, CA 93010 | 11/4/2017 | 70970479410 |

## Table 4: Reference information for HotTamales

| Brand | Reference | Expiration Date | Source | Date Purchased | UPC |
|---|---|---|---|---|---|
| Hot Tamales | 70818181621L2 | Dec-18 | Target 777 E Colorado Pasadena, CA 91101 | 10/24/2017 | 70970471230 |
| Hot Tamales | 709020054L7 | Jan-19 | Target 777 E Colorado Pasadena, CA 91101 | 10/24/2017 | 70970471230 |
| Hot Tamales | 709020054L7 | Jan-19 | Target 777 E Colorado Pasadena, CA 91101 | 10/24/2017 | 70970471230 |
| Hot Tamales | 709120647L7 | Jan-19 | Target 777 E Colorado Pasadena, CA 91101 | 10/24/2017 | 70970471230 |
| Hot Tamales | 709120647L7 | Jan-19 | Target 777 E Colorado Pasadena, CA 91101 | 10/24/2017 | 70970471230 |
| Hot Tamales | 705161703L2 | Sep-18 | Walgreens 310S Lake Avenue Pasadena, CA 91101 | 10/24/2017 | 70970471230 |
| Hot Tamales | 705161703L2 | Sep-18 | Walgreens 310S Lake Avenue Pasadena, CA 91101 | 10/24/2017 | 70970471230 |
| Hot Tamales | 706201200L2 | Oct-18 | Walgreens 310S Lake Avenue Pasadena, CA 91101 | 10/24/2017 | 70970471230 |
| Hot Tamales | 706201200L2 | Oct-18 | Walgreens 310S Lake Avenue Pasadena, CA 91101 | 10/24/2017 | 70970471230 |
| Hot Tamales | 709080507L2 | Jan-19 | Rite Aid 3825 Oaks Blvd, Thousand Oak, CA 91362 | 10/25/2017 | 70970471230 |

**Table 5: Reference information for HotTamales 10% More**

| Brand | Reference | Expiration Date | Source | Date Purchased |
|-------|-----------|-----------------|--------|----------------|
| Hot Tamales 10% more | 709182224L2 | Jan-19 | Dollar Tree-2291 Pickwick Drive Suite A Camarillio, CA 930 | 11/28/2017 |
| Hot Tamales 10% more | 709182224L2 | Jan-19 | Dollar Tree-2291 Pickwick Drive Suite A Camarillio, CA 930 | 11/28/2017 |
| Hot Tamales 10% more | 709182224L2 | Jan-19 | Dollar Tree-2291 Pickwick Drive Suite A Camarillio, CA 930 | 11/28/2017 |
| Hot Tamales 10% more | 709182224L2 | Jan-19 | Dollar Tree-2291 Pickwick Drive Suite A Camarillio, CA 930 | 11/28/2017 |
| Hot Tamales 10% more | 709182224L2 | Jan-19 | Dollar Tree-2291 Pickwick Drive Suite A Camarillio, CA 930 | 11/28/2017 |
| Hot Tamales 10% more | 709182224L2 | Jan-19 | Dollar Tree-2291 Pickwick Drive Suite A Camarillio, CA 930 | 11/28/2017 |
| Hot Tamales 10% more | 709182224L2 | Jan-19 | Dollar Tree-2291 Pickwick Drive Suite A Camarillio, CA 930 | 11/28/2017 |
| Hot Tamales 10% more | 709182224L2 | Jan-19 | Dollar Tree-2291 Pickwick Drive Suite A Camarillio, CA 930 | 11/28/2017 |
| Hot Tamales 10% more | 709182224L2 | Jan-19 | Dollar Tree-2291 Pickwick Drive Suite A Camarillio, CA 930 | 11/28/2017 |
| Hot Tamales 10% more | 707061019L2 | Nov-18 | 99cents Store 301 Arnell Road Camarillo, CA 93010 | 10/24/2017 |

3. Measure and record height of candy fill level within the carton from the top of the carton and from the "open here" tab.

Figure H. Measurement of height of candy with carton



4. Measure candy weight

    a. Candy within carton was poured onto a tared scale (US-Orbit-Pro 2000g x 0.1g) weighed and the weight recorded.

22

Figure I. Weight of candy after poured from carton



5. Measure volume of candy within carton

    a.   Fill 500mL graduated cylinder to known volume (above 100mL) with distilled water and record volume

    b.   Pour weighed candy into 500mL glass graduated cylinder

    c.   Measure and record new volume within cylinder

Figure J. Final volume in cylinder after candy was added



23

6. Measure carton volume

    a. Measure (Caliper, General UltraTech) and record carton interior height, width, and depth to obtain entire carton volume

Figure K. Measurement of interior height, width, and depth



    b. Measure and record carton interior height at the "open here" tab, width, and depth to obtain volume of carton at "open here" height.

## V.B.2. Analysis of data to assess the amount of slack-fill

As previously discussed, the existence and amount of Slack-fill was assessed using a sample size because it was not viable to collect and analyze the entire population of the Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More candy on the market. This sample size was used to determine a best estimate for the average and standard deviation of slack-fill within the entire the population of cartons. Excel was used to record data and for the analysis. Calculations used were the standard math of: addition, subtraction, multiplication, division. Volume calculations were:

1. **Effective carton volume**:

    Effective volume of carton $=$ carton height $\times$ carton width $\times$ carton depth

2. **"open here" volume of the carton:**

"open here" volume of carton

$$= \text{height carton at base of "open here"} \times \text{carton width} \times \text{carton depth}$$

3. **Actual volume of candy within the carton:**

*Actual* volume of candy within the carton

$$= \text{height of candy in the carton} \times \text{carton width} \times \text{carton depth}$$

Slack-fill calculations as well as accompanying statistics for the 3 methods of determining slack-fill were:

1. **Effective percent slack-fill:**

Effective percent slack-fill compares what the consumer effectively sees as missing volume

$$Effective\ slack\ fill\ = 100 \times \frac{missing\ volume\ seen\ in\ carton}{carton\ volume}$$

2. **"open here" slack-fill:**

"open here" slack-fill compares the what the consumer sees as missing volume from the "open here" tab to the volume of the carton at the "open here" height.

"open here" *slack fill*

$$= 100 \times \frac{missing\ volume\ seen\ from\ bottom\ of\ \text{"open here"}\ in\ carton}{carton\ \text{"open here"}\ volume}$$

3. **Actual percent slack-fill:**

Actual percent slack-fill compares the actual volume of candy versus the carton volume

$$Actual\ slack\ fill\ = 100 \times \frac{missing\ actual\ volume\ of\ candy\ in\ carton}{carton\ volume}$$

Statistical calculation functions used within Excel were AVERAGE for the mean:

$$X = \frac{\sum_{i=1}^{N} Xi}{N}$$

25

and STDEV for the Sample Standard Deviation:

$$s = \sqrt{\frac{1}{N-1}\sum_{i=1}^{N}(x_i - \overline{x})^2}$$

s = Sample Standard Deviation

$\overline{X}$ = Sample Average

$X_i$ the value of each sample

N= number of samples of cartons used

Details dimensional results are shown in Table 6.

**Table 6: Dimensions and Volume of Just Born Candy cartons**

| Brand | Length (cm) | Width (cm) | Depth (cm) | Volume of carton (cc) |
|---|---|---|---|---|
| Mike&Ike | 8.0 | 1.9 | 14.9 | 226.5 |
| Mike&Ike 10% more | 8.0 | 1.9 | 14.9 | 226.5 |
| Hot Tamales | 8.0 | 1.9 | 14.9 | 226.5 |
| Hot Tamales 10% more | 8.0 | 1.9 | 15.0 | 228.0 |

26

**Table 7: Volume and Weight of Mike&Ikes with carton**

| Brand | Distance from top of carton to candy | Initial Volume water (cc) | Final volume water (cc) | Open here distance from top of carton | Actual weight of candy (g) |
|---|---|---|---|---|---|
| Mike & Ike | 5.5 | 160 | 250 | 2 | 137.4 |
| Mike & Ike | 5.4 | 165 | 255 | 2 | 139.0 |
| Mike & Ike | 4.8 | 190 | 285 | 2 | 141.2 |
| Mike & Ike | 5.0 | 160 | 260 | 2 | 146.2 |
| Mike & Ike | 5.0 | 160 | 260 | 2 | 146.4 |
| Mike & Ike | 5.3 | 235 | 330 | 2 | 139.7 |
| Mike & Ike | 4.2 | 330 | 430 | 2 | 149.1 |
| Mike & Ike | 5.0 | 205 | 300 | 2 | 142.7 |
| Mike & Ike | 5.0 | 300 | 400 | 2 | 144.2 |
| Mike & Ike | 5.3 | 340 | 440 | 2 | 143.0 |
| Average | 5.1 | 225 | 321 | 2 | 142.9 |
| Stnd Dev | 0.4 | 73 | 75 | 0 | 3.7 |

**Table 8: Volume and Weight of Mike&Ikes 10% More with carton**

| Brand | Distance from top of carton to candy | Initial Volume water (cc) | Final volume water (cc) | Open here distance from top of carton | Actual weight of candy (g) |
|---|---|---|---|---|---|
| Mike&Ike 10% more | 3.7 | 200 | 305 | 2 | 158.3 |
| Mike&Ike 10% more | 4.5 | 380 | 480 | 2 | 157.8 |
| Mike&Ike 10% more | 4.0 | 195 | 305 | 2 | 163.4 |
| Mike&Ike 10% more | 4.8 | 350 | 450 | 2 | 151.0 |
| Mike&Ike 10% more | 3.8 | 180 | 295 | 2 | 161.6 |
| Mike&Ike 10% more | 3.5 | 180 | 290 | 2 | 161.7 |
| Mike&Ike 10% more | 3.5 | 355 | 465 | 2 | 156.1 |
| Mike&Ike 10% more | 3.9 | 190 | 300 | 2 | 164.7 |
| Mike&Ike 10% more | 4.3 | 360 | 470 | 2 | 158.6 |
| Mike&Ike 10% more | 3.9 | 170 | 280 | 2 | 162.6 |
| Average | 4.0 | 256 | 364 | 2 | 159.6 |
| Stnd Dev | 0.4 | 91 | 89 | 0 | 4.1 |

27

**Table 9: Volume and Weight of HotTamales with carton**

| Brand | Distance from top of carton to candy | Initial Volume water (cc) | Final volume water (cc) | Open here distance from top of carton | Actual weight of candy (g) |
|---|---|---|---|---|---|
| Hot Tamales | 4.5 | 160 | 255 | 2 | 141 |
| Hot Tamales | 4.2 | 330 | 430 | 2 | 147.9 |
| Hot Tamales | 4.2 | 160 | 265 | 2 | 150.4 |
| Hot Tamales | 4.8 | 300 | 405 | 2 | 148.7 |
| Hot Tamales | 4.3 | 165 | 270 | 2 | 152.8 |
| Hot Tamales | 4.3 | 340 | 450 | 2 | 153.8 |
| Hot Tamales | 4.5 | 165 | 265 | 2 | 141.1 |
| Hot Tamales | 5 | 315 | 410 | 2 | 144.6 |
| Hot Tamales | 4.3 | 160 | 265 | 2 | 145 |
| Hot Tamales | 5 | 165 | 260 | 2 | 142.9 |
| Average | 4.51 | 226.0 | 327.5 | 2.0 | 146.8 |
| Stnd Dev | 0.3 | 82.6 | 83.8 | 0.0 | 4.6 |

**Table 10: Volume and Weight of HotTamales 10% More with carton**

| Brand | Distance from top of carton to candy | Initial Volume water (cc) | Final volume water (cc) | Open here distance from top of carton | Actual weight of candy (g) |
|---|---|---|---|---|---|
| Hot Tamales 10% more | 4 | 180 | 285 | 2 | 150.9 |
| Hot Tamales 10% more | 4 | 335 | 445 | 2 | 159.3 |
| Hot Tamales 10% more | 3.7 | 210 | 320 | 2 | 162.1 |
| Hot Tamales 10% more | 4 | 175 | 280 | 2 | 158.1 |
| Hot Tamales 10% more | 4 | 335 | 445 | 2 | 161.5 |
| Hot Tamales 10% more | 4.5 | 150 | 260 | 2 | 159.2 |
| Hot Tamales 10% more | 3.7 | 295 | 405 | 2 | 158.3 |
| Hot Tamales 10% more | 4.5 | 195 | 300 | 2 | 154.5 |
| Hot Tamales 10% more | 4 | 360 | 465 | 2 | 162.2 |
| Hot Tamales 10% more | 4 | | 410 | 2 | 159.3 |
| Hot Tamales 10% more | 4.04 | 248.3 | 361.5 | 2.0 | 158.5 |
| Stnd Dev | 0.3 | 81.9 | 79.7 | 0.0 | 3.5 |

28

**V.B.3. Slack-fill Results for Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More Just Born Candy**

Data was used to determine if slack-fill existed and if so, how much. Previously mentioned equations were used to determine slack-fill using 3 methods. Results showed that:

- Effective slack-fill ranged from 26.8 to 33.9%

- Actual slack-fill ranged from 51.8 to 57.4%

- Slack-fill at the "open here" tab ranged from 15.4 to 23.6%.

This is shown in Table 11.

**Table 11**

**Slack-fill for Mike&Ike, Mike&Ike 10% More,**

**HotTamales, HotTamales-10% More**

| Brand | Statistics | Effective slack fill | Actual slack fill | "open here" slack fill |
|---|---|---|---|---|
| Mike & Ike | Average | 33.9% | 57.4% | 23.6% |
|  | Stnd Dev | 2.5% | 1.8% | 2.9% |
| Mike&Ike 10% more | Average | 26.8% | 52.3% | 15.4% |
|  | Stnd Dev | 2.9% | 2.1% | 3.3% |
| Hot Tamales | Average | 30.1% | 55.5% | 19.3% |
|  | Stnd Dev | 2.1% | 2.3% | 2.4% |
| Hot Tamales 10% more | Average | 27.4% | 51.8% | 17.0% |
|  | Stnd Dev | 6.3% | 11.5% | 4.3% |

As can be assumed, adding 10% more to Mike&Ike and HotTamales Candy reduced the amount of slack-fill since the same carton is used for the regular weight and the 10% more weight. Based on these results, it is my opinion that slack-fill exists within Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More cartons.

**V.C. Slack-fill is primarily nonfunctional slack-fill**

It is my opinion that the slack-fill within carton of Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More is primarily nonfunctional. This opinion is detailed in the following 6 sections that correspond to the 6 criteria in CFR 100.100 and in California Code 12606.2. These sections are: V.C.1, V.C.2, V.C.3, V.C.4, V.C.5, and V.C.6.

Figure L

Summary of slack-fill and nonfunctional slack-fill



**Table 12**

**Summary of slack-fill and nonfunctional slack-fill**

| Brand | Effective slack-fill | Effective nonfunctional slack-fill | Actual slack-fill | Actual nonfunctional slack-fill | "open here" slack-fill | "open here" nonfunctional slack-fill | Dispensing functional slack-fill |
|---|---|---|---|---|---|---|---|
| Mike & Ike | 36.9% | 28.8% | 60.3% | 52.2% | 27.1% | 19.0% | 8.1% |
| Mike&Ike 10% more | 24.8% | 16.9% | 53.6% | 45.7% | 13.2% | 5.2% | 7.9% |
| Hot Tamales | 33.3% | 25.3% | 58.3% | 50.3% | 23.1% | 15.0% | 8.0% |
| Hot Tamales 10% more | 26.7% | 18.6% | 53.9% | 45.9% | 15.4% | 7.3% | 8.1% |

## V.C.1. Slack-fill is nonfunctional in the context of criteria 1 because the slack-fill does not protect the Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales-10% More

It is my opinion that slack-fill is nonfunctional in the context of criteria 1 because the slack-fill does not protect the Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More. My rationale is based on the primary function of food packaging being to protect product during the shelf life, specific product shapes, and collected data. This includes protecting against product deterioration and providing physical product protection. It is my opinion that the approximate slack-fill ranges determined in V.B. are not needed to protect the contents from: product deterioration or physical harm. And, that no slack-fill is required to provide product protection. The two sections below address how the excess slack-fill was not needed to protect the product. The sections are: V.C.1.1 and V.C.1.2.

## V.C.1.1 Slack-fill is nonfunctional since it does not protect against product deterioration

Slack-fill is not needed to protect against product deterioration and so the slack-fill is nonfunctional in this context. Product protection is a vast area of food packaging due to the concern over food safety and the numerous deteriorative reactions that occur within foods. The slack-fill in the cartons seen in V.B. of this report was considered in terms of its role in providing needed protection from deteriorative reactions in foods. There are 5 major deteriorative reactions in food. These are: lipid oxidation, microbial, moisture loss and gain, non-enzymatic browning, enzymatic browning. Reactions are a function of the food and the environment. Packaging is designed to prevent/stall deteriorative reactions on a product by product basis. For this reason, product ingredients, and product characteristics are relevant. Ingredient statements contained in Table 13 are used for reference.

31

**Table 13**

**Ingredient statements of Just Born Candy**



Interestingly, adding 10% more to the carton contents was done without altering the servings per container or nutritional information. None of these deteriorative reactions depend on the amount of headspace within the carton. The reasons why are explained below for each reaction.

V.C.1.1a. Lipid oxidation is not a concern since the amount of unsaturated fats is zero and the reaction cannot occur.

V.C.1.1b Microbial growth is a function of product acidity (pH), moisture content, nutrient content, oxygen, and light. Just Born candy considered does not support microbial growth because it does not have the pH, moisture content, nutrients conducive to microbial growth.

V.C.1.1c Moisture loss and gain likely does not occur to and from the Just Born candy to a significant extent during product shelf life. This is because the carton minimal protection from moisture loss or gain. And, since the product is sold by weight, retaining moisture is critical to maintaining the correct amount of candy within the carton throughout the product shelf life. To protect against moisture loss or gain the candy – Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More - have varying degrees of protective coatings on the candy itself that are applied as part of food processing. These coating retard against moisture loss and gain which would result in the candy drying out or becoming sticky. During testing in Section V.B., none of the candy was dry, or sticky. The paperboard and sealing methods used to enclose the contents does not prevent moisture loss or gain to a significant degree and carton ends are glued but contain gaps on the sides allowing the free flow of air. The carton is simply not designed to prevent moisture loss or gain. And, hence, the additional headspace range seen in Section V.B. does not play a role in moisture loss or gain since the product is not protected to any significant degree by the carton or its ambient headspace from moisture changes. Due to the difference between effective and actual slack-fill, significant space exists between the product when within the carton.  This demonstrates that extra headspace would not add significantly to the ability of candy to shift within the carton.

V.C.1.1d and V.C.1.1e: Non-enzymatic browning is a reaction between proteins and reducing sugars and since there is an absence of protein in all candy, this reaction cannot occur within Mike&Ikes and HotTamales candy. Enzymatic browning (typically seen in the browning of apple slices) can also be assumed not be and concern since compounds needed for the reaction are not within the Just Born candy.

33

**V.C.1.2. Slack-fill is nonfunctional since it does not protect product from distribution, retail and consumers hazards that may damage product.**

Slack-fill is not needed to protect product from distribution, retail and consumers hazards that may damage product and so the slack-fill is nonfunctional in this context. Packaging is designed to protect against dynamic and static loads during distribution. The package system is the composite of all packaging used. In the case of the Just Born candy considered it is: a corrugated box, paperboard carton, and adhesive used to seal the carton. Dynamic and static stresses occur in transport (plane, truck, boat), storage, and handling by forklift, humans, and machines. It is a standard practice that the carton within the corrugated cases, would be packed tightly to reduce scuffing exterior carton graphics and this would limit the effects of cartons bowing out in the middle sections.  In fact, reduced headspace would reduce the longest dimension of the carton and add more rigidity to the carton to provide support during distribution. The excess space in the carton seen in Section V.B. was considered in terms of its role in providing needed physical protection throughout the distribution process.

Corrugated boxes are designed to support the weight of the product held in the box if a product cannot support its own weight. This is standard in packaging and while the exact pallet patterns, stack heights, corrugated edge crush values are unknown, it can be assumed that the corrugated cases are designed properly and will support the carton weight to withstand dynamic and static stresses. The additional slack-fill volume does not provide any cushioning and the added height of the carton does not provide support. In fact, the added height would result in carton crushing if cartons are distributed improperly since crushing would occur because the cartons are not full. In addition, the excess carton headspace within the carton would result in more product movement within the carton during distribution.  This extra movement may result in product damage.  The carton size not unusual or awkward in terms of handling in distribution and at retail and the slack-fill is not warranted due to distribution, retail or consumer hazards. The process does not require slack-fill to any extent to achieve product protection.

The slack-fill in the carton headspace is entirely non-functional and does not protect Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More thus does not meet criteria 1 of CFR section 100.100 nor California Code 12606.2.

34

## V.C.2. Slack-fill is nonfunctional in the context of criteria 2 because the slack-fill is not needed in the machinery requirements to enclose the Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales-10% More

It is my opinion that slack-fill is nonfunctional in the context of criteria 2 because the slack-fill is not needed in the machinery requirements to enclose the Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales10% More.  I reached this opinion based on my understanding of carton sealing machinery and adhesives. The rationale is shared in the next 2 sections: V.C.2.1. and V.C.2.2.

### V.C.2.1. Slack-fill is nonfunctional in terms of enabling the carton sealing machinery used to enclose product

Carton sealing machinery to enclose product does not require slack-fill and so the slack-fill is nonfunctional in this context. While the specific machine used to seal cartons has not been disclosed to me, it can be assumed to be similar to those used in other high-speed carton sealing operations of which I am familiar. After carton erecting and filling, cartons flaps are closed, and the carton is sealed. This operation requires application of an adhesive to one or both flaps, contact between the 2 flaps being sealed, and dwell time and/or temperature/pressure to enable sealing to occur.  This enclosing process is independent of the amount of slack-fill within the carton and the fill level required is only just below the 2 flaps being sealed.

### V.C.2.2. Slack-fill is nonfunctional in terms of enabling proper adhesion to enclose product within the carton

Adhesives and the sealing operation to enclose product in a carton and so the slack-fill is nonfunctional in this context. Adhesives are designed for specific applications and in this case, I assume that the adhesive is designed for sealing the paperboard cartons considered. Sealing paperboard cartons has been done for many of years, adhesives have evolved, are common and have specific requirements regarding their suitability for high speed operations. While the specific adhesive has not been disclosed to me, it can be assumed to be similar to those used in other high-speed paperboard carton sealing operations. While, innovations and technology (such as plasma surface treating) could be employed to increase bond strength, the actual enclosing operation is the same and does not require slack-fill. The process is the one described in V.C.2.1.

35

It is important to note that in my experience, the process of adhesive application is refined, automated, and commonly tightly controlled to ensure the uniform and optimal amount of adhesive. This is because of the economics of: rejects within the manufacturing facilities or at retail due to excess adhesive, the cost of adhesives, the need for adhesives to remain in defined areas versus on carton exteriors that would interfere with carton graphics, and cartons inadvertently opening during distribution or retail environments due to improper sealing. For this reason, it can be assumed that adhesive application and use is optimized for the cartons considered. Product pieces may rest upon one another in odd orientation immediately after filling. This is not an uncommon assurance in filling operations. And, in-line (the next step in a production process) vibration and the conveyor itself after filling allows product to equilibrate to the same height within the carton. While a piece of candy may protrude from the remaining equilibrated candy, Table 13 shows that the open space between the candy in the Just Born cartons would provide ample space without slack-fill of allow a shift to occur during the sealing operation. In any case, slack-fill is not needed to accommodate the unusual occurrence of excess adhesive since the adhesive is FDA approved or due to the sealing process itself.

Further, tamper evidency requires proper adhesion that demonstrates to consumers that the carton has not been opened before their use. This is accomplished through the use of an adhesion between the 2 glue flaps that exhibits fiber tear on the 2 glue flaps upon opening. There are numerous cartons on the market without slack-fill that have been enclosed using packaging machinery.

The slack-fill in the carton headspace is not needed to align with the machinery requirements to enclose Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More thus does not meet criteria 2 of CFR section 100.100 nor California Code 12606.2.

36

**V.C.3. Slack-fill is nonfunctional in the context of criteria 3 because the slack-fill does not result from Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More settling during shipping and handling**

It is my opinion that slack-fill is nonfunctional in the context of criteria 3 because the slack-fill does not result from Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More appreciably settling during shipping and handling. I reached this opinion based on: product density and geometry and carton geometry, calculated effective and actual volume of candy with each carton and the lack of labeling explaining that product settling may occur during shipping and handling. The rationale is shared in the next 3 sections: V.C.3.1, V.C.3.2, and V.C.3.3.

**V.C.3.1 Slack-fill is not the result of settling during shipping and handling based on product density and geometry**

Slack-fill is nonfunctional due to product density and geometry.  Settling does occur in low density products; but, not in products of sufficient density that allows product to settle upon filling. The product density of Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More is higher than that of water.

**Table 14**

**Candy Density**

| Brand | Actual Density of candy (g/cc) |
|---|---|
| Mike & Ike Average | 1.5 |
| Mike & Ike Stnd Dev | 0.0 |
| Mike&Ike 10% more Average | 1.5 |
| Mike&Ike 10% more Stnd Dev | 0.0 |
| Hot Tamales Average | 1.4 |
| Hot Tamales Stnd Dev | 0.0 |
| Hot Tamales 10% more Average | 1.4 |
| Hot Tamales 10% more Stnd Dev | 0.3 |

Product at this density would be expected to settle immediately upon filling. Products with complex geometry can become geometrically aligned to take the shape of the carton and hence consume less space after shipping and handling. The complexity of the geometry of the candy

37

means that it is unlikely to align with carton geometry. For example, differently shaped candy is not likely to stack in an oriented manner reminiscent of the rectangular carton during shipping and handling to results in appreciable slack-fill. And, Mike&Ike and HotTamales are elliptical respectively and hence cannot conform to the shape of the rectangular carton and pack without space between candy pieces.

**V.C.3.2. Slack-fill is not the result of settling during shipping and handling because difference between the effective and actual volume shows that settling has not occurred to an appreciable extent**

Slack-fill is nonfunctional based on the difference between effective and actual volume. While some settling may have occurred, the difference between the effective and actual volume of candy demonstrates that the product does not "settle" fully to fill gaps and that there still considerable air pockets between candy pieces within the carton after shipping and handling. Table 15 shows the difference between the effective and actual volume of candy within the carton. The voids between the candy within the carton is still 53-59cc after shipping and handling. This volume demonstrates that slack-fill is likely not the result of settling during shipping and handling.

**Table 15**

**Difference between the effective and actual volume**

| Brand | Difference between effective volume and actual volume (cc) |
|---|---:|
| Mike & Ike Average | 53 |
| Mike & Ike Stnd Dev | 5 |
| Mike&Ike 10% more Average | 58 |
| Mike&Ike 10% more Stnd Dev | 5 |
| Hot Tamales Average | 58 |
| Hot Tamales Stnd Dev | 4 |
| Hot Tamales 10% more Average | 59 |
| Hot Tamales 10% more Stnd Dev | 4 |

As mentioned earlier, the space between candy pieces and the space above the candy in the carton is the Actual slack-fill. The space between the candy is functional in that it is needed for

38

proper orientation of candy within the carton. The difference between Effective and Actual slack-fill demonstrates the amount of functional slack-fill between the pieces of candy within the carton.

**V.C.3.3. Slack-fill is not the result of settling during shipping and handling based on the lack of labeling highlighting that product settling during shipping and handling may occur**

Slack-fill is nonfunctional based on the lack of labeling suggesting that product settling during shipping and handling may occur. The labeling on packaging for foods such as low-density cereal and chips, that do break and settle during shipping and handling is to inform the consumer that "some settling may have occurred". This labeling is missing on the packaging that contains Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More suggesting that that this settling does not occur and hence does not need not be labeled accordingly.

The slack-fill in the carton headspace is not the result of settling during shipping and handling of Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More thus does not meet criteria 3 of CFR section 100.100 nor California Code 12606.2.

39

**V.C.4. A low degree of Functional slack-fill exists in the context of criteria 4 because slack-fill within the carton is needed to perform a specific dispensing function for Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More**

It is my opinion that a low degree of Functional slack-fill exists in the context of criteria 4 because slack-fill within the carton is needed to perform a specific dispensing function for Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More. The estimated functional slack-fill required is based on current carton and "open here" opening design does not exceed the slack-fill and thus nonfunctional slack-fil exists.  These values are a large degree lower than calculated slack-fill present and thus a high degree is non-functional slack-fill is present.

There are many specific functions of packaging to aid in food preparation and consumption. As specified in the CFR and the California Code, the function needs to be inherent to the nature of the food and clearly communicated to consumers. The only specific functions communicated to consumer on the carton is the "open here" tab. I arrived at my opinion based on the carton functions of opening and dispensing through an "open here" tab on the carton and opening the carton and dispensing candy from the carton top opening. The rationale is shared in the next 2 sections: V.C.4.1. and V.C.4.2.

**V.C.4.1. Slack-fill is nonfunctional since slack-fill is not necessary for dispensing through the "open here" tab.**

Slack-fill is nonfunctional since slack-fill is not necessary for dispensing through the "open here" tab that appears on Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More cartons. "Open here" tabs allow candy to be dispensed without opening the top 2 flaps of the carton. Even if consumers peered into the "open here" tab, they would see missing candy according to the samples examined in Section V.B.

While the, "open here" dispensing feature does necessarily require slack-fill, the slack-fill can be estimated to be the size of 3 candies to allow sufficient movement of the candy to be dispensed through the current "open here" tab if the candy was not oriented properly.  This estimated slack-fill to dispense candy was based on the maximum number of pieces that would likely have to be

40

reoriented, size of current "open here" tab, and the amount of excess volume inherently (due to packing between the irregularly shaped candy) between the candy pieces. This excess volume of 3 candy pieces was translated into the estimated slack-fill volume required to dispense through the current "open here" tab.  Data was determined from the cartons which state 150 calories per serving and 7 calories per piece and product density.  This is shown below.

**Table 16**

**Potential slack-fill volume to accommodate dispensing through "open here" tab**

| Brand | Candy pieces per container | Volume per candy piece (cc) | Functional slack-fill volume estimated due to "open here" tab (cc) |
|---|---|---|---|
| Mike & Ike | 21 | 4.20 | 12.60 |
| Mike&Ike 10% more | 21 | 4.90 | 14.70 |
| Hot Tamales | 21 | 4.43 | 13.30 |
| Hot Tamales 10% more | 21 | 4.90 | 14.70 |

From this value, volume the functional slack-fill to accommodate the current "open here" dispensing feature was determined.  This is shown below.

**Table 17**

**Functional and non-functional slack-fill**

| Brand | Effective slack-fill | Actual slack-fill | "open here" slack-fill | Functional slack-fill volume estimated due to need to dispense candy through "open here" tab |
|---|---|---|---|---|
| Mike & Ike | 36.9% | 60.3% | 27.1% | 8.1% |
| Mike&Ike 10% more | 24.8% | 53.6% | 13.2% | 7.9% |
| Hot Tamales | 33.3% | 58.3% | 23.1% | 8.0% |
| Hot Tamales 10% more | 26.7% | 53.9% | 15.4% | 8.1% |

**Table 18**

**Effective functional and non-functional slack-fill**

| Brand | Effective slack-fill | Effective nonfunctional slack-fill |
|---|---|---|
| Mike & Ike | 36.9% | 28.8% |
| Mike&Ike 10% more | 24.8% | 16.9% |
| Hot Tamales | 33.3% | 25.3% |
| Hot Tamales 10% more | 26.7% | 18.6% |

**Table 19**

**Actual functional and non-functional slack-fill estimated**

| Brand | Actual slack-fill | Actual nonfunctional slack-fill |
|---|---|---|
| Mike & Ike | 60.3% | 52.2% |
| Mike&Ike 10% more | 53.6% | 45.7% |
| Hot Tamales | 58.3% | 50.3% |
| Hot Tamales 10% more | 53.9% | 45.9% |

**Table 20**

**"Open here" functional and non-functional slack-fill**

| Brand | "open here" slack-fill | "open here" nonfunctional slack-fill |
|---|---|---|
| Mike & Ike | 27.1% | 19.0% |
| Mike&Ike 10% more | 13.2% | 5.2% |
| Hot Tamales | 23.1% | 15.0% |
| Hot Tamales 10% more | 15.4% | 7.3% |

It is also important to note that the size of the "open here" tab could readily be increased to allow for less reorientation of candy through the "open here" opening and that this would reduce the

42

functional slack-fill due to the need to reorient the candy and that this slack-fill is only needed to make the initial dispensing through the "open here" tab more viable.

Regardless, this "open here" dispensing feature does not require slack-fill. This is because whether the candy can be opened and dispensed is independent of the candy volume within the carton and empty space within the carton is not required for opening or dispensing. It is important to note that, tabs are designed to open when external pressure on the carton exterior "open here" graphics is sufficient, and the tab is not designed to "open here" due to internal pressure on the carton interior that may be exerted by the candy if it is filled above the "open here" tab. This type of perforated design is common in packaging and is a function of the fiber tear required to puncture the tab from the interior versus the exterior of the carton. Mike&Ike and HotTamales candy geometry is restricts pouring candy through the size of the "open here" opening and the candy carton may need to be shaked to jostle candy through the opening for dispensing. This is independent of the existence or amount of slack-fill.

### V.C.4.2. Slack-fill is nonfunctional since slack-fill is not necessary for dispensing through the top 2 flap carton opening

Slack-fill is nonfunctional since slack-fill is not necessary for dispensing through the top 2 flap carton opening. While this top opening is implied, it is not clearly communicated, and the adhesive requires a high degree of fiber tear making the reclose feature on the carton flaps difficult to accomplish. Regardless, the functionality of this feature which aids in the consumption of the candy is not dependent on slack-fill.

The slack-fill in the carton headspace is not needed to enable a specific function of the Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More package to perform thus does not meet criteria 4 of CFR section 100.100 nor California Code 12606.2.

### V.C.5. Slack-fill is nonfunctional in the context of criteria 5 because the Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More package is not suitable for reuse, as a durable commemorative or as a promotional package

It is my opinion that slack-fill is nonfunctional in the context of criteria 5 because the Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More package is not suitable for reuse, as a durable commemorative or as a promotional package. I arrived at my opinion based on the carton's single use function and absence of commemorative or promotional advertising.  This rationale is discussed in the following 2 sections: V.C.5.1. and V.C.5.2.

### V.C.5.1. Slack-fill is nonfunctional since slack-fill is not needed because the carton is not designed or intended for reuse.

Slack-fill is nonfunctional since slack-fill is not needed because the carton is not designed or intended for reuse. The carton construction of 14-point solid bleached sulfate does not suggest that reuse is likely or intended. If reuse was intended, the carton would be made of a more robust structure to facilitate reuse. The "open here" tab on Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More cartons allows for use and not easy or implied reuse.  If reuse was to occur, product would need to be filled into the "open here" tab or the carton opened from the top. Further, the recycling symbol on the carton suggests the carton is to be recycled and not reused

### V.C.5.2. Slack-fill is nonfunctional since slack-fill is not needed because the carton is not designed commemorative or promotional purposes.

Slack-fill is nonfunctional since slack-fill is not needed because the carton is not designed commemorative or promotional purposes. There is no mention of commemorative or promotional purposes of cartons of Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More candy.

The slack-fill in the carton headspace is not due to the need for carton reuse, or commemorative or promotional purposes for the Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More package and thus criteria 5 of CFR section 100.100 nor California Code 12606.2 is not met.

44

**V.C.6. Slack-fill is nonfunctional in the context of criteria 6 because the carton containing Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More slack-fill does not have to occur to enable food labeling, pilfering, handling, or tamper resistance.**

It is my opinion that slack-fill is nonfunctional in the context of criteria 6 because the Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More slack-fill does not have to occur to enable food labeling, pilfering, handling, or tamper resistance.  The added space that results in slack-fill does not restrict pilfering, optimize handling or impact tamper evidency. I arrived at my opinion based on the package size, labeling requirements, pilferage, and handling and tamper evidency. This is discussed on the following 4 sections: V.C.6.1., V.C.6.2., V.C.6.3., and V.C.6.4.

**V.C.6.1. Slack-fill is nonfunctional since slack-fill is not needed for sufficient space for food labeling purposes.**

Slack-fill is nonfunctional since slack-fill is not needed for sufficient space for food labeling purposes. Labeling on the principal display panel and other areas of the carton for nutritional purposes is governed by CFR 21 as shown in Figure M. The principal display panel is the height times the width of the carton. Principal display panels are shown in Table 21 for Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More cartons.

**Table 21**

**Principal display panel area**

| Brand | Principal Display Panel (cm2) |
|---|---|
| Mike&Ike | 15.2 |
| Mike&Ike 10% more | 15.2 |
| Hot Tamales | 15.2 |
| Hot Tamales 10% more | 15.2 |

45

**Figure M**

**Principal display panel within CFR21**

TITLE 21--FOOD AND DRUGS
CHAPTER I--FOOD AND DRUG ADMINISTRATION
DEPARTMENT OF HEALTH AND HUMAN SERVICES
SUBCHAPTER B--FOOD FOR HUMAN CONSUMPTION
PART 101  FOOD LABELING

**Subpart A--General Provisions**

Sec. 101.1 Principal display panel of package form food.

The term *principal display panel* as it applies to food in package form and as used in this part, means the part of a label that is most likely to be displayed, presented, shown, or examined under customary conditions of display for retail sale. The principal display panel shall be large enough to accommodate all the mandatory label information required to be placed thereon by this part with clarity and conspicuousness and without obscuring design, vignettes, or crowding. Where packages bear alternate principal display panels, information required to be placed on the principal display panel shall be duplicated on each principal display panel. For the purpose of obtaining uniform type size in declaring the quantity of contents for all packages of substantially the same size, the term *area of the principal display panel* means the area of the side or surface that bears the principal display panel, which area shall be:

(a) In the case of a rectangular package where one entire side properly can be considered to be the principal display panel side, the product of the height times the width of that side;

(b) In the case of a cylindrical or nearly cylindrical container, 40 percent of the product of the height of the container times the circumference;

(c) In the case of any otherwise shaped container, 40 percent of the total surface of the container: *Provided, however,* That where such container presents an obvious "principal display panel" such as the top of a triangular or circular package of cheese, the area shall consist of the entire top surface. In determining the area of the principal display panel, exclude tops, bottoms, flanges at tops and bottoms of cans, and shoulders and necks of bottles or jars. In the case of cylindrical or nearly cylindrical containers, information required by this part to appear on the principal display panel shall appear within that 40 percent of the circumference which is most likely to be displayed, presented, shown, or examined under customary conditions of display for retail sale.

Subsequent sections define requirements for nutritional labeling and other requirements. These requirements do not require a carton larger than the effective volume of candy. This is exemplified by the large amount of space consumed by graphics and brand name lettering. Slack-fill is nonfunctional since slack-fill is not needed for sufficient space for food labeling purposes on the principal or other display panels to be in compliance nutritionals within 101.9 and other food labeling regulations within the CFR.

46

**V.C.6.2. Slack-fill is nonfunctional since extra space due the slack-fill likely does not provide sufficient additional space to inhibit pilfering.**

Slack-fill is nonfunctional since extra space due the slack-fill likely does not provide sufficient additional space to inhibit pilfering. While size does not define the degree of pilfering, product within larger size cartons are less easily stolen. And, the cost and volume of theft of products often warrants cartons that are larger than the product. For example, high price (~$2,000) hearing aids are commonly sold in cartons larger than a hearing aid to inhibit pilfering. The size candy of concern is called "theater candy" and can be sold behind counters which limits pilfering via the use of a gatekeeper and within candy aisles in convenience, grocery, and other venues. In these various venues, various products within the candy aisle are smaller in size and thus more easily pilfered than paperboard cartons.

**V.C.6.3. Slack-fill is nonfunctional since extra space due the slack-fill does not provide sufficient space to enable superior handling.**

Slack-fill is nonfunctional since extra space due the slack-fill does not provide sufficient space to enable superior handling. The current size carton is not necessarily the optimum size for handling since many candy carton sizes exist and are handled within similar distribution systems. Handling includes handling during manufacturer, filling, packaging, storing, distributing, in retail environments, by consumers, and in the post-consumer environment. It is my opinion that these handling processes would not be impeded by a smaller carton without the slack-fill determined in Section V.B. Interestingly, if the carton did not exhibit slack-fill, less handling would occur.  This is because less material would need to be produced, shipped, handled within the distribution environment, more facings would be possible on the store shelf resulting in less out-of-stocks, and less labor and handling. Further, the package would be more sustainable if it was reduced in size and this smaller size would result in less overall production, shipping, and recycled and overall handling of paperboard.

**V.C.6.4. Slack-fill is nonfunctional since extra space due the slack-fill does not impact the degree of tamper evidency.**

Slack-fill is nonfunctional since extra space due the slack-fill does not impact the degree of tamper evidency. Tampering is made evident by fiber tear on the 2 flaps if the carton is opened

47

from the top and by the puncturing of the "open here" tab. Neither of these factors would be altered appreciably to reduce the degree of tamper evidency if the slack-fill was removed.

The slack-fill in the carton does not enable food labeling, pilfering, handling, or tamper resistance for the Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More package and thus criteria 6 of CFR section 100.100 nor California Code 12606.2 is not met.

## VI.    <u>CONCLUSION</u>

For the reasons presented above, it is my opinion that:

1. Just Born cartons containing Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More do not allow the consumer to fully view their respective contents.  This is explained in Section V.A.

2. Just Born cartons containing Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More have slack-fill.  This is explained in Section V.B.

3. Just Born cartons containing Mike&Ike, Mike&Ike 10% More, HotTamales, HotTamales 10% More exhibit a high degree of non-functional slack-fill as compared to the small degree of functional slack-fill. This is explained in Section V.C

Executed on March 4, 2018

Claire Koelsch Sand, Ph.D.

**Claire Koelsch Sand, Ph.D.**
CEO and Founder
Stillwater, Minnesota
612-807-5341

Claire@PackagingTechnologyandResearch.com
www.PackagingTechnologyandResearch.com

49