1   **CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
2   rclarkson@clarksonlawfirm.com
Shireen M. Clarkson (SBN 237882)
3   sclarkson@clarksonlawfirm.com
Matthew T. Theriault (SBN 244037)
4   mtheriault@clarksonlawfirm.com
Bahar Sodaify (SBN 289730)
5   bsodaify@clarksonlawfirm.com
9255 Sunset Blvd., Ste. 804
6   Los Angeles, CA 90069
Tel: (213) 788-4050
7   Fax: (213) 788-4070

8   *Counsel for Plaintiff and the Certified Class*

9   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
Eric Y. Kizirian (SBN 210584)
10   eric.kizirian@lewisbrisbois.com
Leo A. Bautista (SBN 149889)
11   leo.bautista@lewisbrisbois.com
Josephine Brosas (SBN 239342)
12   josephine.brosas@lewisbrisbois.com
633 West 5th Street, Suite 4000
13   Los Angeles, California 90071
Tel: (213) 250-1800
14   Fax: (213) 250-7900

15   *Attorneys for Defendant Just Born, Inc.*

16

17                     UNITED STATES DISTRICT COURT

18              FOR THE CENTRAL DISTRICT OF CALIFORNIA

19   STEPHANIE ESCOBAR, individually        Case No. 2:17-cv-01826-TJH-PJW
20   and on behalf of all others similarly
     situated,                              **JOINT NOTICE OF SETTLEMENT
21                                          AND JOINT STIPULATION**
                    Plaintiff,
22                                          [Proposed Order filed concurrently
         vs.                                herewith]
23
     JUST BORN., and DOES 1 through 10,     Hon. Terry J. Hatter, Jr.
24   inclusive,
25
                    Defendants.
26

27

28

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Ste. 804
Los Angeles, CA 90069

1

2

3

4

5

6

7

8

9

10

11

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Ste. 804
Los Angeles, CA 90069

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## JOINT NOTICE OF SETTLEMENT

The Parties give notice that Plaintiff's claims, and the claims of the California Class, have been settled as a part of a nationwide class entitled *Mateski, et al. v. Just Born, Inc.*, San Bernardino Case No. CIVDS1926742, which was preliminarily approved on July 23, 2020 by the Honorable David Cohn. Pursuant to this Stipulation and Proposed Order, the Parties seek to vacate all deadlines in this case and stay the matter pending final approval of the nationwide claims in *Mateski* because they subsume the class claims in this case.  The Parties propose the Court stay this action until January 15, 2021, at which time (or before), the Parties will file a motion for dismissal of this case in its entirety if the nationwide claims are finally approved in *Mateski* on December 15, 2020.

## JOINT STIPULATION

Plaintiff Stephanie Escobar ("Plaintiff") and Defendant Just Born, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record stipulate as follows:

WHEREAS, this Court certified a California class of consumer purchasers of Mike & Ike and Hot Tamales candies on March 25, 2019 (Dkt. 97);

WHEREAS, Defendant successfully moved the Court to reconsider its certification order limiting the class to California purchasers of Mike & Ike only (Dkt. 103);

WHEREAS, Mary Mateski and Alison Clawson brought an action in San Bernardino Superior Court on behalf of Hot Tamales purchasers on September 6, 2019 (*see Mateski*, *supra*);

WHEREAS, the *Mateski* and *Escobar* Plaintiffs thereafter reached a global settlement of both cases with Defendant, and they executed a class action settlement agreement;

1    WHEREAS, the Honorable David Cohn of the San Bernardino Superior

2   Court preliminarily certified and approved a nationwide class of purchasers of both

3   candies purchased throughout the United States on Thursday, July 23, 2020;

4        WHEREAS, final approval of the nationwide class of both candies is

5   calendared for December 15, 2020 at 10:00 a.m. in Department S-26 of the San

6   Bernardino Superior Court;

7        NOW THEREFORE, Counsel for the parties have conferred and have agreed,

8   subject to Court approval, that all deadlines in this case be vacated and that this case

9   be stayed subject to final approval of the settlement. By January 15, 2021, the

10   Parties will file either (1) notice to this Court that settlement was not finally

11   approved or (2) a stipulation seeking dismissal of this case because final approval

12   was granted.

13        IT IS SO STIPULATED.

14   DATED: August 28, 2020                    **CLARKSON LAW FIRM, P.C.**

15                                                _/s/ Matthew T. Theriault_
                                                Matthew T. Theriault, Esq.
16                                              Ryan J. Clarkson, Esq.
17                                              Shireen M. Clarkson, Esq.
                                                Bahar Sodaify, Esq.
18

19                                              *Counsel for Plaintiff and the Certified*
                                                *Class*
20

21   DATED: August 28, 2020                    **LEWIS BRISBOIS BISGAARD**
                                                **& SMITH LLP**
22
                                                _/s/ Eric Y. Kizirian_
23                                              Eric Y. Kizirian, Esq.
                                                Leo A. Bautista, Esq.
24                                              Josephine Brosas, Esq.

25                                              *Attorneys for Defendant Just Born, Inc.*

26

27

28

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Ste. 804
Los Angeles, CA 90069

2
JOINT NOTICE OF SETTLEMENT AND JOINT STIPULATION

## **ATTESTATION OF FILER**

Pursuant to Local Rule 5-4.3.4, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  August 28, 2020                          CLARKSON LAW FIRM, P.C.


                                                  */s/ Matthew T. Theriault* _____
                                                   By: Matthew T. Theriault

                                                  *Counsel for Plaintiff and the Certified Class*

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Ste. 804
Los Angeles, CA 90069