**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Matthew T. Theriault (SBN 244037)
mtheriault@clarksonlawfirm.com
Bahar Sodaify (SBN 289730)
bsodaify@clarksonlawfirm.com
Zachary T. Chrzan (SBN 329159)
zchrzan@clarksonlawfirm.com
9255 Sunset Blvd., Ste. 804
Los Angeles, CA 90069
Tel: (213) 788-4050
Fax: (213) 788-4070

*Counsel for Plaintiff and the Certified Class*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Eric Y. Kizirian (SBN 210584)
eric.kizirian@lewisbrisbois.com
Leo A. Bautista (SBN 149889)
leo.bautista@lewisbrisbois.com
Josephine Brosas (SBN 239342)
josephine.brosas@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Tel: (213) 250-1800
Fax: (213) 250-7900

*Attorneys for Defendant Just Born, Inc.*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ESCOBAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JUST BORN., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01826-TJH-PJW<br><br>CLASS ACTION<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**<br><br>[Proposed Order filed concurrently herewith]<br><br>Hon. Terry J. Hatter, Jr.<br><br>Action Filed:   February 6, 2017 |

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

## **JOINT STIPULATION**

Plaintiff Stephanie Escobar ("Plaintiff") and Defendant Just Born, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record stipulate as follows:

WHEREAS, on March 25, 2019, this Court certified a California class of consumer purchasers of Mike & Ike and Hot Tamales candies (Dkt. 97);

WHEREAS, Defendant successfully moved the Court to reconsider its certification order limiting the class to California purchasers of Mike & Ike only (Dkt. 103);

WHEREAS, on September 6, 2019, Mary Mateski and Alison Clawson filed an action in San Bernardino Superior Court against Defendant on behalf of Hot Tamales purchasers (*Mateski, et al. v. Just Born, Inc.*, San Bernardino Case No. CIVDS1926742);

WHEREAS, thereafter, Plaintiffs in *Mateski* and *Escobar* ("Plaintiffs") reached a nationwide settlement with Defendant;

WHEREAS, Plaintiffs moved for preliminary approval of the nationwide class settlement which the Honorable David Cohn of the San Bernardino Superior Court preliminarily certified and approved on July 23, 2020;

WHEREAS, Plaintiffs then effected class notice and claims administration through the court-approved notice and claims administrator;

WHEREAS, thereafter, Plaintiffs moved for final approval which Judge Cohn granted on December 15, 2020. *See* the Final Approval Order attached hereto as Exhibit 1.

NOW THEREFORE, NOTICE IS HEREBY GIVEN and IT IS HEREBY STIPULATED, by and among Plaintiff and Defendant through their respective counsel of record, that the above-captioned action, including all claims asserted by Plaintiffs against Defendant, be and hereby are DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE

IT IS SO STIPULATED.


DATED: January 12, 2021        **CLARKSON LAW FIRM, P.C.**

            ___/s/ Ryan J. Clarkson_____
Ryan J. Clarkson, Esq.
Matthew T. Theriault, Esq.
Bahar Sodaify, Esq.
Zachary T. Chrzan, Esq.

*Class Counsel for Plaintiffs and Certified Class*

DATED: January 12, 2021        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

          ___/s/ Eric Y. Kizirian_____
Eric Y. Kizirian, Esq.
Leo A. Bautista, Esq.
Josephine Brosas, Esq.

*Attorneys for Defendant Just Born, Inc.*


## ATTESTATION OF FILER

Pursuant to Local Rule 5-4.3.4, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  January 12, 2021        CLARKSON LAW FIRM, P.C.

          /s/ Ryan J. Clarkson_____
By: Ryan J. Clarkson

Class Counsel for Plaintiffs and Certified Class

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE