CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

STEPHANIE ESCOBAR, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

JUST BORN., and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:17-cv-01826-TJH-PJWx

**[CLASS ACTION]**

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [JS-6]**

Action Filed: February 6, 2017

Hon. Terry J. Hatter, Jr.

CLARKSON LAW FIRM, P.C.
9255 Sunset Blvd., Suite 804
Los Angeles, CA 90069

**ORDER**

After consideration of the Parties' joint stipulation for dismissal of the entire action with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court hereby orders that this case be dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: JANUARY 14, 2021

Honorable Terry J. Hatter, Jr.
United States District Judge